UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**JAMES M. PREBIL,**

Plaintiff,

vs.

**H-G HOLDINGS, INC.,**
a Delaware corporation,

Defendant.

Case No. 01-1693 (PAM/JGL)

**STIPULATION AND ORDER EXTENDING TIME**

**IT IS HEREBY STIPULATED** and agreed to by and between the parties to the above-described action, by their respective undersigned attorneys, that the time within which defendant H-G Holdings, Inc. may answer, move, or otherwise respond to the Complaint be extended to and including October 19, 2001.

**IT IS FURTHER STIPULATED** that an order granting such extension may be entered without further notice to the parties.

Date: October 9, 2001.

**MANSFIELD TANICK & COHEN, P.A.**

By________________________
V. John Ella (#249282)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
Phone: (612) 339-4295

**Attorneys for Plaintiff.**

Date: October 10, 2001.

**FAEGRE & BENSON LLP**

By________________________
Wendy J. Wildung (#117055)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

**Attorneys for Defendant.**

FILED 10-12-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

* * *

**ORDER**

Upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that defendant H-G Holdings, Inc. shall have an extension of time until October 19, 2001 within which to answer, move, or otherwise respond to the Complaint.

Date: October 12, 2001.

Jonathan Lebedoff
United States Magistrate Judge

M2:20415666.01